## 30298. SOLOMON v. SOLOMON et al.

GUNTER, Justice.

This is an appeal from a judgment that changed the custody of the children from the mother to the father with visitation rights accorded to the mother.

The habeas corpus court conducted a hearing at which evidence was presented; we have reviewed the transcript of that evidence; and on the basis of the rule laid down in *Robinson v. Ashmore,* 232 Ga. 498 (207 SE2d 484) (1974), the judgment below must be affirmed.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 8, 1975 — DECIDED OCTOBER 16, 1975.

*Edward E. Carriere,* for appellees.